# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

139853

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SPRUCE RIDGE DEVELOPMENT, L.L.C. and
THE HOLT TRUST,
      Petitioners-Appellants,

v

BIG RAPIDS ZONING BOARD OF APPEALS,
      Respondent-Appellee.

SC: 139853
COA: 281745
Mecosta CC: 06-017468-AA

_____/

      On order of the Court, the application for leave to appeal the June 16, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010

_____
Clerk

s0517